Gordon & Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF REDWOOD CITY,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR A. BOLTON, GARY BOLTON, as Trustee of the Arthur A. Bolton Revocable Trust Dated May 20 2000, the Trust A – Marital Trust, and the Trust B – Family Trust, ENO BARBITTA, BONG HO LEE, BOK NIM LEE, SANG KUL KIM, GRACE CHUNG,<br><br>Defendants.<br><br>ARTHUR A. BOLTON, and GARY BOLTON, as Trustee of the Arthur A. Bolton Revocable Trust Dated May 20, 2000, the Trust A – Marital Trust, and the Trust B – Family Trust,<br><br>Counter-Claimants,<br><br>v.<br><br>THE CITY OF REDWOOD CITY,<br><br>Counter-Defendant. | CASE NO. 02-2705 SC<br><br>[PROPOSED] ORDER GRANTING JOINT EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES<br><br>Judge: Hon. Samuel Conti Senior<br>Courtroom: 1<br><br>Complaint Filed: June 5, 2002<br>Trial Date: April 30, 2007 |

GOOD CAUSE appearing to continue the trial and related pre-trial dates, as set forth in the Joint Ex Parte Application To Continue Trial And Related Dates, the Joint Ex Parte Application is GRANTED.

- 1 -

IT IS HEREBY ORDERED that the trial date in this matter of April 30, 2007 shall be continued, along with all pretrial deadlines, including discovery and motion deadlines, as follows:

|  | Current Date | New Date |
|---|---|---|
| Discovery Cutoff | March 1, 2007 | June 6, 2007 |
| **Last Date Motions Can Be Heard** ~~Motion Cut-off~~ | March 23, 2007 | June 22, 2007 @ 10:00 am |
| Pretrial Conference | April 27, 2007 | **August 3, 2007** ~~July 27, 2007~~ at 10:00 am |
| Jury Trial | April 30, 2007 | August 6, 2007 at 9:30 am |

DATED: 2/14/07 , 2007



Hon. _____
Judge of the United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Samuel Conti*

# CERTIFICATE OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 101 West Broadway, Suite 2000, San Diego, California 92101.

On February 9, 2007, I served the following document(s): **[PROPOSED] ORDER GRANTING JOINT EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES**

| | |
|---|---|
| Robert P. Doty | David R. Isola, Esq. |
| Perry S. Hughes | Frederick Doyle Graham, Esq. |
| Alicia N. Vaz | Aaron L. Bowers, Esq. |
| COX, CASTLE &NICHOLSON, LLP | ISOLA & ASSOCIATES, LLP |
| 2049 Century Park East, Suite 2800 | 701 South Ham Lane, Second Floor |
| Los Angeles, CA 90067 | Lodi, CA 95242 |
| Tel: (310) 277-4222 | Tel: (209) 367-7055 |
| Fax: (310) 277-7889 | Fax: (209) 367-7056 |
| *Attorneys for Plaintiff and Counter-Defendant* | *Attorney for Bolton* |
| THE CITY OF REDWOOD CITY | |

Michael J. Langston, Esq.
411 Russell Avenue
Santa Rosa, CA 95403
707/526-5495
Facsimile: 707/526-3045
*Co-Counsel for Eno Barbitta*

( X )   **BY ELECTRONIC SERVICE VIA LEXIS NEXIS FILE & SERVE.** By sending electronically a true and correct copy thereof to Lexis Nexis File & Serve (www.lexisnexis.com/fileandserve) for service on all counsel of record by electronic service pursuant to the Order Mandating Electronic Filing and Service of Asbestos Pleadings and pursuant to CCP § 1010.6 and CRC 2060(c). The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 9, 2007.

                                                  */s/ Terry Solis*
                                                  Terry Solis

Gordon & Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

CAVL/1042408/414000v.1
CAVL/1042408/369417v.1