1   ROBERT P. DOTY (STATE BAR NO. 148069)
    PERRY S. HUGHES (STATE BAR NO. 167784)
2   ALICIA N. VAZ (STATE BAR NO. 215081)
    COX, CASTLE & NICHOLSON LLP
3   2049 Century Park East
    Suite 2800
4   Los Angeles, CA 90067
    Telephone:  (310) 277-4222
5   Facsimile:  (310) 277-7889

6   Attorneys for Plaintiff and Counter-Defendant
    THE CITY OF REDWOOD CITY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  THE CITY OF REDWOOD CITY,              Case No.  02-2705 SC

12               Plaintiff,                **STIPULATION OF DISMISSAL**

13          vs.                            **Judge:**          **Honorable Samuel Conti**

14  ARTHUR A. BOLTON, GARY BOLTON,
    as Trustee of the Arthur A. Bolton Revocable
15  Trust Dated May 20, 2000, the Trust A – Marital   **Trial Date:**        **August 6, 2007**
    Trust, and the Trust B – Family Trust, ENO        **Time:**              **9:30 a.m.**
16  BARBITTA, BONG HO LEE, BOK NIM LEE,
    SANG KUL KIM, GRACE CHUNG,

17               Defendants.

18

19  ARTHUR A. BOLTON, and GARY BOLTON,
    as Trustee of the Arthur A. Bolton Revocable
20  Trust Dated May 20, 2000, the Trust A – Marital
    Trust, and the Trust B – Family Trust,

21               Counter-Claimants,

22          vs.

23  THE CITY OF REDWOOD CITY,

24               Counter-Defendant.

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    IT IS HEREBY STIPULATED by and between the parties to this action, through their

3    designated counsel that the above caption action be and hereby is dismissed with prejudice pursuant to

4    Federal Rule of Civil Procedure 41(a)(1).

5

6    DATED: September 10, 2007                   COX, CASTLE & NICHOLSON LLP

7                                                By: _____

8                                                    Perry S. Hughes
                                                     Attorneys for Plaintiff and Counter-Defendant
9                                                    THE CITY OF REDWOOD CITY

10   DATED: September 6, 2007                    ISOLA & ASSOCIATES, LLP

11                                               By: _____

12                                                   David R. Isola
                                                     Attorneys for The Arthur A. Bolton Revocable
13                                                   Trust dated May 20, 2000, the Trust A-Marital
                                                     Trust and the Trust B-Family Trust

14   DATED: September ___, 2007

15

16                                               By: _____

17                                                   Michael J. Langston
                                                     Attorneys for Eno Barbitta

18

19

20                                               IT IS SO ORDERED

21                                               Judge Samuel Conti

22                                               9/10/07

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      IT IS HEREBY STIPULATED by and between the parties to this action, through their

3  designated counsel that the above caption action be and hereby is dismissed with prejudice pursuant to

4  Federal Rule of Civil Procedure 41(a)(1).

5

6  DATED: September __, 2007        COX, CASTLE & NICHOLSON LLP

7

8  By: _____
    Perry S. Hughes
    Attorneys for Plaintiff and Counter-Defendant
    THE CITY OF REDWOOD CITY

9

10  DATED: September __, 2007        ISOLA & ASSOCIATES, LLP

11

12  By: _____
    David R. Isola
    Attorneys for The Arthur A. Bolton Revocable
    Trust dated May 20, 2000, the Trust A-Marital
13      Trust and the Trust B-Family Trust

14  DATED: September 6 2007

15

16  By: _____
    Michael J. Langston
17      Attorneys for Eno Barbitta

18

19

20

21

22

23

24

25

26

27

28